**United States District Court**
**Western District of Wisconsin**

Ty A. Hanson
(Full name of plaintiff[s])

498354
(Prisoner I.D. Number)

Plaintiff(s),

v.

Rothschild PD. "Lt Otrowski"

Marathon County Jail.
(Full name of defendant[s])

Defendant(s).

DOC NO
REC'D/FILED

2015 MAR 26  AM 10: 27

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Case No. **15 C 194-jdp**
(Provided by clerk of court)

**17 C 756-jdp**

DOC NO
REC'D/FILED

OCT -2  AM 11: 20

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I.    **PLACE OF PRESENT CONFINEMENT (Provide full address)**
      100 corrections Drive. Stanley wi. 54768

      A.    Is there a grievance procedure in your prison/jail?   YES ☑    NO ☐

      B.    Have you filed a grievance concerning the facts relating to this complaint?
            YES ☑    NO ☐

      C.    If you have used the grievance process:

            1.    Describe what you did and the result, if any.
                  All My Grievances were ingnored or used
                  words to get around my Complaints.

            2.    Is the grievance process completed? Yes, Several of them.

      D.    If you did not use the grievance process, explain why not.
            _____
            _____

4/07
P\Forms\42USC1983.Complaint

II.   **PARTIES**

A. Your name (Plaintiff) _Ty A. Hanson_

B. Prisoner I.D. Number _498354_

C. Your address _100 corrections Drive. Stanley wi. 54768_

(For additional plaintiffs provide the same information in the same format on a separate page.)

D. DEFENDANT (name) _Kevin Otrowski_

is employed as _Rothschild Police Officer_

at _Rothschild P.D. Marathon County_

E. Additional DEFENDANTS (names and positions):

_Marathon County Jail, Staff, Nurses on the Supervisor._

## III.   PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?       YES ☐       NO ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?       YES ☐       NO ☑

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2. Date filed _____

3. Court where case filed (if federal court, name district; if state court, name the

county) _____

4.    Case number and citation _____

5.    Basic claim made _____

_____

6.    Current status (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

_____

7.    If resolved, date of disposition _____

8.    If resolved, state whether for _____
                                           (Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV.  STATEMENT OF CLAIM

A.   State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

In June 2013. on Hwy 51 in Marathon County, I Rolled my Van several times. I was detained After the accident Do to the Crash and a Probation Warrant in lincoln County. Before I was Put Into the Transport Car, I told them I was having Pains In my Back, and shoulder. Asked to be cuffed In the front was denied. On route to the Jail I was pleading with the Cops to Move my cuffs and Bring me to the hospital. They Clearly Seen I was In enough Pain to Move the

In June 2013 I rolled my Van several times after hitting a guardrail - 70 mph. It was 8:30 AM and I fell asleep at the wheel. I was so dazed the accident I fled into the woods. "Probation warrant and No licence" after my crash. - Some point I passed out. When I came to I was in so much pain, I tried - make it back to a Ambulance, found a side road was walking down the center of it." Don't remember most of this going off police reports and what I can remember" Police car rolled up and cuffed me from behind and threw me in the cop car, for what it like hours before another cop pulled up to transport me to Jail. All I was doing was King to go to the hospital. After asking several times for the cops to move my cuffs to e front. Witch they did so roughly that I think is why my injuries are still so severe to this day. After repeatedly asking to go to the hospital and them Knowing was in a Major car accident. My Civil rights were extremly Violated. I was told rey would take care of it at the Jail.

when I got to Marathon County Jail. I told them at the booking desk about ve accident I was in. "Plus could here it all over the cops scanner and my Mug shot you n see the dirt stain on the side of my head from my head hitting the ground during my llover." I was told they will get to me and I was thrown in the bullpen, were they noted me for 24 hours, I was being brought to general population." N. Block" I told those o's I think my back is Broken that I was in a accident and needed to go to the sptal. I was told "I was on the list to see the Nurse" for 5 days I asked every o "Correctional Officer" I seen filed request form and Complaint forms all Just to ignored. Until I was transported to lincoln County Jail.

While being booked into lincoln County Jail. I once again tried to explain y situation, with alot more "ok's and we'll get to you". So was put in General pulation. Again asking any Co. that I thought would listen. And filing Medical quest forms, request forms, and Complaint forms, was ignored or denied. Two of y worst responces were. "Just deal with it and grow up" and "If you don't stop filing rievences were gonna charge you with criminal Damage to propety" for fooling with this inck tus on the edges of our cells. So threats on top of being denied. So After days In LCJ. before I was allowed to see a Nurse "Ashley" who then asked me hat the medics at the scene said. Then I told her she was the 1st person saw with any medical traning since the crash. she Froze up and was scared have any thing to do with it. But the Doctor still denied me to go to the sptal. for X-rays X-rays or Cat-scan. or anything for that matter was told I'm nna have to deal with it. So for 4 months I sat in severe Pain before. sitting nother 90 days is MSDF in Milwaukee.

**STATEMENT OF CLAIM continued**

cuffs to the front. But told me if I was really hurt well deal with it at the Jail. When I got to the Jail I told staff I was in an accident AND need to go to the Hospital. I was told thay'll get to me. Thay left me in a holding cell for 24hr. Tha put me in GP for 5 days I put a Nurse request in and told evey Co about my Situation all Being ignored. An after 5 days of Being Ignored they Brought me to lincoln county where my warrants were. I explained to them about my acident and the Pains in my Back and Shoulder thay told me if it was serious enough thay would of delt with it at the scene. I told them Ive been Begging to see a doctor Since the Point of my Crash. And I was never evan Cleared by any Doctor or Paramedic, Braght Strait to Jail.

B.   State briefly your legal theory or cite appropriate authority.

I don't Know much about Statuas relating to this case. I do Strongly believe my Cival thr Rights were Violated. After I was in a MaJor Car accident I was Arrested. with out bein able to seek Medical Help. And at the very least I wasnt evan able to be checked and Cleared by Paramedics At the Scene or at the Canty Jail.

## V.   RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you.  Make no legal arguments.
Do not use this space to state the facts of your claim.  Use it only to request remedies for the
injuries you complain about.

I would like the Defendants to Pay for my future Hospital Bills to be able to be evaluated By a Competent Doctor And would Also like them to Pay for any Physical therapy I may need, or any other Prescriptions or Any needs related to the accident. And would also like Compensation for Personal Damage, lost wages future/Past Pain an suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 17 day of March , 2015 .

Signature of Plaintiff(s)

(If there are multiple plaintiffs, each   must
sign the complaint)

Prisoner I.D. Number(s)