IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TY A. HANSON,

     Plaintiff,                                    ORDER

v.

                                        Case No.  17-cv-756-jdp

ROTHSCHILD P.D., LT. KEVIN
OTROWSKI, LINCOLN COUNTY JAIL
AND MARATHON COUNTY JAIL,

     Defendants.

Plaintiff Ty A. Hanson has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than October 25, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Ty A. Hanson may have until October 25, 2017 to submit an inmate trust fund account statement for the period beginning approximately April 2, 2017 and ending approximately October 2, 2017.  If, by October 25, 2017, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of October, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge