IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TY A. HANSON,

                Plaintiff,

v.

KEVIN OTROWSKI, JOHN DOE MARATHON
COUNTY JAIL STAFF, JOHN DOE LINCOLN
COUNTY JAIL STAFF, JOHN DOE ROTHSCHILD
POLICE DEPARTMENT OFFICERS, SCOTT PARKS,
and JEFF JAEGER,

                Defendants.

ORDER

17-cv-756-jdp

---

Plaintiff Ty A. Hanson, appearing pro se, is an inmate at Chippewa Valley Correctional Treatment Facility. He alleges that defendant Kevin Ostrowski and "John Doe" defendants from the Rothschild Police Department, Marathon County Jail, and Lincoln County Jail failed to properly treat his injuries when he was taken into custody following a car accident.

The court initially gave Hanson until December 17, 2018 to submit an amended complaint identifying the various Doe defendants. That deadline was later extended to December 31. Now Hanson has filed a motion to amend his complaint by naming some of the Doe defendants. Dkt. 38.

Hanson brought Fourth Amendment claims against Kevin Otroski and two unnamed Rothschild police officers for failing to arrange for medical treatment after arriving at the scene of Hanson's accident. Hanson now says that he wishes to add Rothschild officer Jeff Zwicky as a defendant. He identifies the Doe officers as James Toth and Matthew Scheffler, and he states that they were actually from the Marathon County Sheriff's Department.

Hanson brought medical care claims against various unidentified staff members at the Marathon or Lincoln county jails for refusing to arrange for appropriate medical care for his injuries. He now identifies some defendants from each jail. He names Tom R. Pospyhalla and Matthew Mielke from Marathon County, and Jail Administrator Dave Manninan and nurses Marla Reimann, Tina Hose, and Pam Stephanhgen from Lincoln County.

I will accept all of these changes to the caption and have the United States Marshal serve these new defendants. But Hanson says that there are additional defendants whom he has not yet been able to fully identify because he has not yet received responses to all of his discovery requests. It is unclear exactly what he means by this: he has not filed a motion to compel discovery, so I cannot tell what requests he has made that have not been answered. But he lists several individuals for whom he has apparently received fragmented information such as first names, badge numbers or job titles. *See* Dkt. 38, at 2.

Hanson asks for more time to name these Does, and I will grant his request given the extra time currently available in the schedule. Hanson should be able to identify these officials with further interrogatories asking defendants to provide full names for the personnel that has already been partially identified.

ORDER

IT IS ORDERED that:

1. Plaintiff Ty A. Hanson's motion to amend his complaint, Dkt. 38, is GRANTED.

2. Rothschild police officer Jeff Zwicky, Marathon County deputies James Toth and Matthew Scheffler, Marathon County Jail employees Tom R. Pospyhalla and Matthew Mielke, and Lincoln County Jail employees Dave Manninan, Marla Reimann, Tina Hose, and Pam Stephanhgen are added to the caption as defendants.

3. The clerk of court is directed to send copies of plaintiff's original complaint, Dkt. 1, his supplement to the complaint, Dkt. 4, the court's order screening his complaint, Dkt. 15, his motion naming Doe defendants, Dkt. 38, and this order to the United States Marshal for service on the newly named defendants.

4. Plaintiff's motion to extend his deadline to file an amended complaint, Dkt. 38, is GRANTED. Plaintiff may have until February 15, 2019, to fully amend his complaint. The deadline for defendants filing a motion for summary judgment based on plaintiff's failure to exhaust his administrative remedies is extended to April 15, 2019.

Entered January 18, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge