IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TY A. HANSON

                          Plaintiff,

    v.

ROTHSCHILD P.D., LINCOLN COUNTY JAIL,
MARATHON COUNTY, KEVIN OTROWSKI,
SCOTT PARKS, JEFF JAEGER, JEFF ZWICKY, JAMES
TOTH, MATTHEW SCHEFFLER, TOM R. POSPYHALLA,
MATTHEW MIELKE, DAVE MANNINAN,
MARLA REIMANN, TINA HOSE, PAM STEPHANHGEN,
JOHN DOE MARATHON COUNTY JAIL STAFF,
JOHN DOE LINCOLN COUNTY JAIL STAFF, and
JOHN DOE ROTHSCHILD POLICE DEPARTMENT
OFFICERS,

                          Defendant.

Case No. 17-cv-756-jdp

---

JUDGMENT IN A CIVIL CASE

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Dated this 19th day of September, 2019.

    /s/                                            9/19/2019
Peter Oppeneer                           Date
Clerk of Court